## A05A1090. WALKER v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.
### (641 SE2d 555)

RUFFIN, Judge.

The Supreme Court granted certiorari in this case, and in *McGowan v. Progressive Preferred Ins. Co.*[1] reversed the judgment of this court. We therefore vacate our opinion in *McGowan v. Progressive Preferred Ins. Co.*[2] as it relates to the above-captioned case and make the judgment of the Supreme Court the judgment of this court. The case is remanded to the trial court for proceedings consistent with this opinion.

*Judgment reversed. Barnes, C. J., Andrews, P. J., Johnson, P. J., Miller, Ellington and Bernes, JJ., concur.*

DECIDED JANUARY 5, 2007 —

*Butler, Wooten & Fryhofer, James E. Butler, Jr., Daughtery, Crawford, Fuller & Brown, Jason L. Crawford, James C. Fuller, Campbell, Waller & McCallum, Jonathan H. Waller, Gary O. Bruce,* for appellant.

*Sutherland, Asbill & Brennan, John A. Chandler, Thomas M. Byrne, Teresa W. Roseborough, Kristin B. Wilhelm, William D. Barwick, McKenna, Long & Aldridge, Seth F. Kirby, John L. Watkins, Stefan C. Passantino, Russell S. Bonds,* for appellees.

---

[1] 281 Ga. 169 (637 SE2d 27) (2006).
[2] 274 Ga. App. 483 (618 SE2d 139) (2005).